ORANGE LAND COMPANY, PLAINTIFF-RESPONDENT, v. JOHN S. BENDER, ET AL., DEFENDANTS-PETITIONERS.

Mr. *John S. Bender* for the petitioners.

Mr. *A. Nathan Cowen* and Mr. *Lawrence Friedman* for the respondent.

February 16, 1966. Denied.

ACE STONE, INC., PLAINTIFF-PETITIONER, v. THE TOWNSHIP OF WAYNE, DEFENDANT-RESPONDENT.

See same case below: 89 *N. J. Super.* 482.

*Messrs. Heller & Laiks* for the petitioner.

Mr. *Irving I. Rubin* for the respondent

February 16, 1966. Granted.

PACKANACK LAKE COUNTRY CLUB AND COMMUNITY AS-SOCIATION, PLAINTIFF-PETITIONER, v. ALEXANDER D. DOIG DEVELOPMENT CO., ET AL., DEFENDANTS-RESPONDENTS.

*Messrs. Lamb, Blake, Hutchinson & Dunne* for the petitioner.

*Messrs. Jeffer, Walter & Tierney* and Mr. *Jerome A. Vogel* for the respondents.

February 16, 1966. Granted.